WU & KAO, P.L.L.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK; COMMERCIAL DIVISION
------------------------------------------------------------------x

BANK OF COMMUNICATIONS,
NEW YORK BRANCH,                                    Index No. 603101/03

                              Plaintiff,                    JUDGMENT

        -against-

OCEAN DEVELOPMENT AMERICA, INC.

                              Defendant.
------------------------------------------------------------------x

        This action having been commenced by the filing of a Summons and Verified Complaint on

October 2, 2003, under the above-referenced index number, the Complaint being verified on 17th

day of September, 2003; and the Summons and Verified Complaint having been sewed on the

defendant on October 6, 2003, and proof of service having been filed with the Clerk of this Court;

and the Verified Complaint alleging two causes of action; the first for payment of $5,500,000.00

due on Revolving Note, dated May 1, 2001; and a second cause of action for the costs and reasonable

attorneys's fees for incurred in bringing this action; and the Defendant having failed to answer the

Complaint or appear in this action;

        And the Plaintiff having received for the entry of a Default Judgment was made returnable

on April 12, 2004, oral argument was held on April 29, 2004, and the motion was submitted on June

7, 2004, and the court having rendered a decision and order, dated September 29, 2004 and entered

in the Office of Clerk on October 6, 2004, granted Default Judgment on Plaintiff's first cause of

action in the amount of $4,471,413.38, together with interest as prayed for allowable by law,

accruing from August 21, 2003 until the date of entry of Judgment, as calculated by the Clerk, and

thereafter at the statutory rate, together with cost and disbursements to be faxed by the Clerk upon

Submission of an appropriate bill of costs, and ordering the second cause of action which seeks

attorney's fees, is severed and referred to a Referee to hear and report as to the reasonable amount

of Plaintiff's attorney's fees and a referenced hearing having been on December 8, 2004, before the

Honorable Lancelot B. Hewitt, Special Referee, and Special Referee Hewitt having rendered a

report, dated February 9, 2005, and filed February 15, 2005, finding that the Plaintiff is entitled to

an award of attorney's fees in the sum of $12,534.75.

Now, on motion of Wu & Kao, P.L.L.C., attorneys for Plaintiff, it is

ADJUDGED that Plaintiff, Bank of Communications, New York Branch, with an office at

55 Broadway / One Exchange Plaza, New York, NY 10006, shall recover from Defendant, Ocean

Development America, Inc., 13453-A Brooks Drive, Baldwin Park, California 91706, the amount

$4,471,413.38, together with interest from August 21, 2003, in the sum of $ 402,427.20, together

with costs and disbursements to be taxed by the Clerk, in the amount of $570.00, for a total sum of

$4,874,210.58, and that Plaintiff shall have execution therefor.

Judgement entered this _14_ day of August 2006

Clerk

FILED

AUG 14 2006

COUNTY CLERK'S OFFICE
NEW YORK

**PROPERTY SEARCH AGAINST**

AP: 8535-024-003 Unit: 1
Address: 13453-A Brooks Dr
City: Baldwin Park
State: CA

Fee Title Vested in: HONGMING LI, and XIAOMIN ZHANG, husband and wife, as Joint Tenants, who
acquired title by deed made by OCEAN DEVELOPMENT AMERICA, INC., dated June 24, 2004 and
recorded August 17, 2004 in Instrument No. 04-2111649 in the Office of the Clerk of Los Angeles County.

**PARTIES SEARCHED**

Hongming Li
Xiaomin Zhang

**RETURNS**

| SEARCH | RETURNS | NONE FOUND |
|---|---|---|
| Judgments and liens (County) | | X |
| Federal Tax Liens | | X |
| County UCC | | X |
| Bankruptcies | | X |

# LAST DEED OF CONVEYANCE

This page is part of your document - DO NOT DISCARD

**04 2111649**

*rnh*

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
**08/17/04 AT 08:00am**

**TITLE(S) :** DEED

L E A D   S H E E T

FEE

| FEE $10 | SS |
|---------|----|
|         | 2  |

D.T.T
*571*

CODE
20

CODE
19

CODE
9

SURVEY, MONUMENT FEE $10. CODE 9 __*9*__

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.

Number of AIN's Shown

*9535 · 024 · 003*          *001*

THIS FORM NOT TO BE DUPLICATED

*3*

InterTitle_PIST

Order: 26278468F Doc: CA:LA:DY1:2004.2111649     1 of 3 -

8/17/04

04 2111649

2

RECORDING REQUESTED BY
INVESTORS TITLE COMPANY
AND WHEN RECORDED MAIL TO

HONGMING LI
13453-A BROOKS DRIVE,
BALDWIN PARK, CA 91706

Space Above This Line for Recorder's Use Only

A P N  8535-024-003        Order No  14024911-9        Escrow No  2021383-RT

## CORPORATION GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS  COUNTY $ 572.00

□ computed on full value of property conveyed, or
□ computed on full value less value of liens or encumbrances remaining at time of sale,
□ unincorporated area, [X] City of Baldwin Park, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
OCEAN DEVELOPMENT AMERICA, INC., A CALIFORNIA CORPORATION

organized under the laws of the State of California

hereby GRANT(S) to HONGMING LI, AND XIAOMIN ZHANG, HUSBAND AND WIFE AS JOINT TENANTS

the following described property in the City of Baldwin Park, County of Los Angeles State of California,

Legal description as per Exhibit "A" attached hereto and made a part hereof.


OCEAN DEVELOPMENT AMERICA, INC , A
CALIFORNIA CORPORATION

By  _Xiaomin Zhang_
    XIAOMIN ZHANG, President

Document Date: June 24, 2004

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On 28th of June 2004 before me, Marty E. Brill
personally appeared XIAOMIN ZHANG

WITNESS my hand and official seal

Signature _____

MARTY E BRILL
COMM #1437162
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Nov 8, 2007

Mail Tax Statements to  SAME AS ABOVE  or  Address Noted Below

InterTitle_PIST

8/17/04    Page No 9
File No 14824911

3

**Exhibit A**
**LEGAL DESCRIPTION**

All that certain real property situate in the County of LOS ANGELES, State of California, described as follows

φ PARCEL 1A

AN UNDIVIDED 10 2553 PERCENT INTEREST IN AND TO PARCEL 5 OF PARCEL MAP NO 1228, IN THE CITY OF BALDWIN PARK, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 239, PAGES 76 AND 77 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

PARCEL 1B

AN UNDIVIDED 45 3 PERCENT INTEREST IN AND TO ALL OF PARCELS 1 AND 6 OF PARCEL MAP NO 1228, AS SHOWN UPON A MAP FILED IN BOOK 239, PAGES 76 AND 77 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM ALL THOSE PORTIONS SHOWN AND DEFINED AS UNIT(S) 1 AND 2 NO THE CONDOMINIUM PLAN RECORDED MARCH 22, 1991 AS INSTRUMENT NO 91-408192 AND AMENDED APRIL 25, 1991 AS INSTRUMENT NO 91-592944, BOTH OF OFFICIAL RECORDS

PARCEL 1C

UNIT 1 AS SHOWN AND DEFINED IN THE CONDOMINIUM PLAN REFERRED TO ABOVE φ

APN No  8535-024-003

04 2111649

InterTitle_PIST



# MORTGAGES OF RECORD

# Mortgage Schedule

Title No.: KTA-X-36277-CA-LA

# 1.  Mortgage made by HONGMING LI, and XIAOMIN ZHANG, to FAR EAST NATIONAL BANK, in the amount of $500,000.00, dated 11/14/2005 and recorded 11/29/2005 in Instrument No. 05-2895466.

# 2.  Assignment of Leases and Rents between HONGMING LI, and XIAOMIN ZHANG, to FAR EAST NATIONAL BANK, Assignee, dated 11/14/2005 and recorded 11/29/2005 in Instrument No. 05-2895467.

# BANKRUPTCIES



## Bankruptcy Name Search Results

**0 Total Party matches for selection ZHANG, XIAOMIN for ALL COURTS**
**Search Complete**
**Thu Feb 16 08:59:49 CST 2006**
**No Matches Found**

● Download (1 pages $ 0.00)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/16/2006 08:59:49 | | |
| **PACER Login:** | kr0794 | **Client Code:** |
| **Description:** | Bankruptcy srch pg 1 | **Search Criteria:** ZHANG, XIAOMIN |
| **Billable Pages:** | 1 | |

**U.S. Party/Case Index - Home**
**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

?? ? Help
? ? ?

# U.S. Party/Case Index

## Bankruptcy Name Search Results

**0 Total Party matches for selection LI, HONGMING for ALL COURTS**

Search Complete

**Thu Feb 16 08:59:28 CST 2006**

**No Matches Found**

●Download (1 pages $ 0.00)

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/16/2006 08:59:28 | | |
| PACER Login: | kr0794 | Client Code: | |
| Description: | Bankruptcy srch pg 1 | Search Criteria: | LI, HONGMING |
| Billable Pages: | 1 | | |

---

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

**??? Help**