UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BANK OF COMMUNICATIONS,
NEW YORK BRANCH,

                     Plaintiffs,

    - against -

OCEAN DEVELOPMENT AMERICA, INC,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG,

                     Defendants.
----------------------------------------------------------X

Case No.

## RULE 7.1 DISCLOSURE STATEMENT

    I hereby certify, pursuant to Rule 7.1, that plaintiff Bank of Communications, New York Branch, does not have any corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly held.

                                        Respectfully submitted,

                                        WU & KAO

                          By: _____
                              Jacob Ginsburg (JG 8981)
                              Of Counsel
                              747 Third Avenue, 22nd Floor
                              New York, New York 10017
                              (212) 755-8880

                              Attorneys for Plaintiff
                              Bank of Communications,
                              New York Branch