UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,

                                                    Case No. 07-4628-TPG

                        Plaintiff,

       - against -

OCEAN DEVELOPMENT AMERICA, INC,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG,

                        Defendants.
-------------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties:**

       Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for Jacob Ginsburg:

■ Attorney
■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JG-8981
■ Law Firm/Government Agency Association
       From: Barr & Haas, LLP
       To: Wu & Kao
■ Address: 747 Third Avenue, 22nd Flr., New York, NY 10017
■ Telephone Number: (212) 755-8880
■ Fax Number: (212) 755-8890
■ E-Mail Address: jacobginsburg@wuandkao.com

Dated: New York, New York
          July 13, 2007

                                              WU & KAO
                                              Attorneys for Plaintiff
                                              Bank of Communications,
                                              New York Branch

                               By:   /s/ Jacob Ginsburg_____
                                             Jacob Ginsburg, Esq. (JG-8981)
                                             747 Third Avenue, 22nd Floor
                                             New York, New York 10017
                                             (212) 755-8880

AFFIRMATION OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF ROCKLAND    )

      Jacob Ginsburg, an attorney admitted to practice before the Courts of the State of New York and the Southern District of New York, affirms under penalties of perjury:

      I am not a party to the within action, am over 18 years of age, and maintain my office for the practice of law in Monsey, New York.

      On July 13, 2007, I served the within Change of Address upon the persons listed below, by depositing a true copy of said document(s) in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mailed to:

Ocean Development America, Inc.
Hongming Li a/k/a Michael Li
Xiaoming Zhang
13453-A Brooks Drive,
Baldwin Park, CA 91706


Dated: Monsey, New York
       July 13, 2007

                                                   /s/ Jacob Ginsburg
                                             JACOB GINSBURG