# EXHIBIT B

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 15, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| OCEAN DEVELOPMENT AMERICA, INC. |||
| **Number:** C1476586 | **Date Filed:** 2/7/1990 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 13453A BROOKS DR |||
| BALDWIN PARK, CA 91706 |||
| Agent for Service of Process |||
| PHILIP K YEUNG |||
| 240-A S GARFIELD AVE |||
| MONTEREY PARK, CA 91755 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.