UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,                                Case No. 07 CV 4628

                          Plaintiffs,          **CERTIFICATE OF SERVICE**

    - against -

OCEAN DEVELOPMENT AMERICA, INC,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG

                          Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                          )ss.:
COUNTY OF NEW YORK )

    May S. Chung, being duly sworn, deposes and says:

    I am over 18 years of age, reside in the State of New York, and am not a party to this action.

    On October 15, 2007, I served a true copy of the Notice of Motion for Default Judgment first-class mail, by depositing it, enclosed in a postage-paid wrapper, in a post office or official depository of the U.S. Postal Service within New York State addressed to the following:

                Ocean Development America, Inc.
                13453-A Brooks Drive
                Baldwin Park, California 91706

                Ocean Development America, Inc.
                3108 Willard Avenue
                Rosemead, California 91770
                Attn: Mr. Charles Yu, Service Agent

                Hongming Li a/k/a Michael Li
                13453A Brooks Drive
                Baldwin Park, California 91706

                Xiaoming Zhang
                13453A Brooks Drive
                Baldwin Park, California 91706

                                      May S. Chung

Sworn to before me this
15th day of October 2007

_____
Notary Public



ANNE SEELIG
Notary Public of the State of New York
No. 02SE6113610
Qualified in New York County
My Commission Expires August 2, 2008