UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,

Case No. 07 CV 4628

Plaintiffs,

**ORDER**

- against -

OCEAN DEVELOPMENT AMERICA, INC.,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG

Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

This action having been commenced on June 1, 2007 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served on Defendant Ocean Development America, Inc. on June 22, 2007, at 13453 A Brooks Avenue, Baldwin Park, California 91706 and also on Ocean Development America Inc.'s Registered Agent for Service of Process (as of that date), Philip Yeung, at 240 S. Garfield Avenue, Monterey Park, CA 91755; and having been served on Defendant Hongming Li a/k/a Michael Li by substitute service on June 21, 2007, at 13453 A Brooks Avenue, Baldwin Park, California 91706; and by substitute service on Xiaoming Zhang on June 21, 2007 at 13453 A Brooks Avenue, Baldwin Park, California 91706. The Returns of Service having been filed with the Court via ECF on July 13, 2007 and said Defendants not having answered the Compliant or moved with respect to the Complaint and the time for answering the Complaint having expired, now, on the application of Wu & Kao, attorneys for Plaintiff Bank of Communications, New York Branch, it is hereby:

ORDERED ADJUDGED AND DECREED that Plaintiff, Bank of Communications, New York Branch, has judgment against Defendants, Ocean Development America, Inc., Hongming Li

a/k/a Michael Li and Xiaoming Zhang in the amount of $4,874,210.58, together with interest at the legal rate from August 14, 2006, plus the costs and disbursements of this action to be taxed; and

IT IS FURTHER ORDERED that Plaintiff, Bank of Communications, New York Branch have writ of attachment, and/or protective order and permanent injunction against Defendants Ocean Development America, Inc., Hongming Li a/k/a Michael Li and Xiaoming Zhang concerning their assets, including but not limited to any bank accounts, real property (including but not limited to the Premises located at 13453-A Brooks Drive, Baldwin Park, California 91706), as well as any other identifiable assets.

So Ordered this 10th day of March 2008

Thomas P. Griesa
United States District Judge