LAW OFFICES OF BING LI, LLC
Bing Li, Esq. (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
(212) 658-9788 (facsimile)
bli@blillc.com
Attorneys for Defendants Hongming Li
and Xiaoming Zhang

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
BANK OF COMMUNICATIONS,              07 civ. 4628 (TPG)
NEW YORK BRANCH,
               Plaintiffs,

   -against-

OCEAN DEVELOPMENT AMERICA, INC.,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG,

               Defendants
---------------------------------------------------------x

    TO THE CLERK OF THIS COURT
    AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for HONGMING LI and XIAOMING ZHANG, two individual defendants herein. I certify that I am admitted to practice in this court.


Dated: New York, New York
       July 17, 2008

                                         LAW OFFICES OF BING LI, LLC

                                         By:/s/_____
                                             Bing Li (BL 5550)

- 1 -