LAW OFFICES OF BING LI, LLC
Bing Li, Esq. (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
(212) 658-9788 (facsimile)

Daniel P. Levitt (DL 6020)
145 Griffen Avenue
Scarsdale, NY 10583
(914) 698-8193

Attorneys for Defendants Hongming Li
and Xiaoming Zhang

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
BANK OF COMMUNICATIONS,            07 civ. 4628 (TPG)
NEW YORK BRANCH,
                Plaintiffs,

   -against-

OCEAN DEVELOPMENT AMERICA, INC.,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG,

                Defendants
---------------------------------------------------------x

**DECLARATION OF BING LI REGARDING**
**SERVICE OF ORDER TO SHOW CAUSE**

      BING LI, an attorney duly admitted to practice before this Court, declares under the penalty of perjury as follows:

      1.    I am a member of Law Offices of Bing Li, LLC, attorneys for Hongming Li and Xiaoming, individual defendants herein.

      2.    On July 18, 2008, at about 12:57 p.m., I caused to be served by personal service a true copy of the Order to Show Cause signed by the Honorable Laura Taylor

- 2 -

Swain, U.S.D.J. on July 17, 2008, together with true copies of Declaration of Xiaoming Zhang, Declaration of Hongming Li, Declaration of Bing Li, and the exhibits annexed thereto, and Memorandum of Law in support of motion on counsel of record for plaintiff, Wu & Kao, attention Allen Wu, Esq./Anne Seelig, Esq., at 747 Third Avenue, 22nd Floor, New York, NY 10017.

      3.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July 21, 2008
New York, New York.

                                                /s/
                                                Bing Li (BL 5550)