# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK 10007-1581
TELEPHONE NO. (212) 805-0210
FAX NO. (212) 805-7908

Chambers of Judge Thomas P. Griesa

To: *Anne Seelig*

From: *Etai Lahav*

Re:

Date: *August 13, 2007*

Number of Pages (including this page): *29*

# OCEAN DEVELOPMENT AMERICA, INC.

3108 Willard Ave,
Rosemead, CA 91770

Company    : UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
Attention   : J. MICHAEL McMAHON
Your Ref No: 07 CIV 4628                          Phone No  : (212) 805-0136
Our File No : OCEAN070701
Date        : July 1, 2007

### Re: The Case No. 07 CIV 4628

Dear J. MICHAEL McMAHON,

(TPK)

We found out that there is a new case (#07 CIV 4628) which BANK OF
COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN
DEVELOPMENT AMERICA, INC (Defendants).

But, the plaintiff (BANK OF COMUNICATIONS, NEW YORK BRANCH) did not do a
serving. OCEAN DEVELOPMENT AMERICA, INC still did not receive any Summons
documents now.

OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in
1990, The SHANTOU OCEAN ENTERPRISE (GROUP) CPMPANY in China wholly
owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT
AMERICA, INC. since 1990 till now. According to the Court record, the Case that
BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit
against OCEAN DEVELOPMENT AMERICA, INC. has a final Judgment from the NY
Supreme Court on August 16, 2006.
How repeatedly to resort to legal proceedings the same case many times?

Best regards,

Ocean Development America, Inc.



RECEIVED
JUL 13 2007
CHAMBERS OF
JUDGE GRIESA

# OCEAN DEVELOPMENT AMERICA, INC.

3108 Willard Ave,
Rosemead, CA 91770

Company   : UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
Attention : J. MICHAEL McMAHON
Your Ref No: 07 CIV 4628                Phone No : (212) 805-0136
Our File No : OCEAN0707013
Date       : July 13, 2007

### Re: The Case No. 07 CIV 4628

Dear J. MICHAEL McMAHON,

We found out that there is a new case (#07 CIV 4628) which BANK OF
COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN
DEVELOPMENT AMERICA, INC (Defendants).

But, the plaintiff (BANK OF COMUNICATIONS, NEW YORK BRANCH) did not do a
serving. OCEAN DEVELOPMENT AMERICA, INC still did not receive any Summons
documents from the plaintiff now.

OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in
1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China
wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT
AMERICA, INC. since 1990 till now (please see the attachments).
According to the Court record, the Case that BANK OF COMUNICATIONS, NEW
YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT
AMERICA, INC. has a final Judgment from the NY Supreme Court on August 16, 2006.
How repeatedly to resort to legal proceedings the same case many times?
OCEAN DEVELOPMANT AMERICA, INC. request UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) at
this time.

Best regards,

Ocean Development America, Inc.



1/3

1476586



# State of California

### OFFICE OF THE SECRETARY OF STATE

## CORPORATION DIVISION

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

FEB 9 1990



*March Fong Eu*

Secretary of State

1476586   2/3

**ARTICLES OF INCORPORATION**

OF

**OCEAN DEVELOPMENT AMERICA, INC.**

ENDORSED
FILED
in the office of the Secretary of State
of the State of California

FEB 7  1990

MARCH FONG EU, Secretary of State

ARTICLE 1:  The name of this corporation is OCEAN DEVELOPMENT AMERICA, INC.

ATRICLE 2:  The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of profession permitted to be incorporated by the California Corporations Codes.

ARTICLE 3:  The name and address in the State of California of this corporation's initial agent for service of process is FREDERICK W. HONG, 445 South Figueroa Street, 35th Floor, Los Angeles, California 90071.

ARTICLE 4:  The corporation is authorized to issue only one class of stock; and the total number of shares which this corporation is authorized to issue is ONE MILLION (1,000,000).

IN WITNESS WHEREOF, the undersigned has executed this Articles of Incorporation.

Dated:  February 2, 1990

FREDERICK W. HONG
Incorporator

- 1 -

313

I hereby declare that I am the person who executed the foregoing Articles of Incorportion, which execution is my act and deed.

Dated:  February 2, 1990

_FREDERICK W. HONG_
FREDERICK W. HONG
Incorporator

- 2 -

## MINUTES OF THE FIRST MEETING OF
## THE BOARD OF DIRECTORS OF
## OCEAN DEVELOPMENT AMERICA, INC.
### A California Corporation

PLACE; ATTENDANCE.  The board of directors held its first meeting at the following place and time:

Address:   No. 11 Shanzhang Road
           Shantou, Guangdong, China

Date:      March 2, 1990

Time:      1:00 p.m.

The following directors were present:

LI, GUO JUN
FU, GUO LIANG
HU, JUN LIN
LIU, SHAO GUI
GUO, JUN WEI

The following directors were absent:

None

Also present at the meeting were:

CAI, KAI YUAN

The following person officiated at the meeting:

Chairman of the meeting:   LI, GUO JUN
Secretary of the meeting:  CAI, KAI YUAN

WAIVER OF NOTICE.  The chairman presented the written waiver of notice and consent to the holding of the first meeting of directors signed by each director of the corporation, and instructed the secretary to make it a part of the record of the meeting, to be inserted in the minute book immediately preceding these minutes.

FILING OF ARTICLES.  The chairman announced that the Articles of Incorporation were filed by the Secretary of State and the corporation was incorporated on the following date:

February 7, 1990

The chairman presented a certified copy of the Articles and directed the secretary to insert it in the corporation's minute book.

AGENT FOR SERVICE OF PROCESS. The chairman informed the board that an agent for service of process in California had been designated in the Articles of Incorporation filed with the Secretary of State. After discussion, and on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the following person is approved as this corporation's agent for service of process in California:

FREDERICK W. HONG
445 S. Figueroa Street, 35th Floor
Los Angeles, CA  90071

RESOLVED FURTHER, that the secretary shall keep the Secretary of State's office properly informed as to any changes in the corporation's agent for service of process.

APPROVAL OF BYLAWS. The chairman next presented a copy of the corporation's bylaws, as adopted by the incorporator. The board reviewed the general provisions of the bylaws. On motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the bylaws adopted by the incorporator of this corporation are approved; and

RESOLVED FURTHER, that the secretary of this corporation is authorized and directed to execute a certificate of the adoption of these bylaws, to insert a copy of the bylaws as certified in the minute book of this corporation, and to cause a copy of those bylaws, as they may be amended from time to time, to be kept and maintained in the principal executive office of this corporation, in accordance with Section 213 of the California Corporations Code.

ELECTION OF OFFICERS. The board then proceeded to elect officers of the corporation, as follows:

President and Chief
 Executive Officer:      GUO, JUN WEI
Secretary:              CAI, KAI YUAN
Chief Financial Officer: GUO, JUN WEI

- 2 -

The board then, by motion duly made, seconded, and unanimously carried, adopted the following resolution authorizing the chief financial officer to act as the corporation's treasurer:

RESOLVED, that for purposes of giving any reports or executing any documents requiring the signature of the "treasurer," the chief financial officer is deemed to be also the treasurer of the corporation.

ADOPTION OF CORPORATE SEAL. The chairman presented to the board for its approval a proposed seal of the corporation. On motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the corporate seal presented to the board is adopted as the seal of this corporation; and

RESOLVED FURTHER, that the secretary is directed to affix an impression of the corporate seal of this corporation to the minutes of this meeting in the margin opposite this resolution.

ADOPTION OF SHARE CERTIFICATE FORM. The chairman then presented to the board of directors for its approval a proposed form of share certificate for the corporation. On motion duly made, seconded, and unanimously carried, the following resolution was adopted:

RESOLVED, that the form of share certificate presented to the board is adopted for use by this corporation, and the secretary is directed to insert a specimen copy of the share certificate in the corporation's minute book immediately following the minutes of the meeting.

PRINCIPAL EXECUTIVE OFFICE. On motion duly made, seconded, and unanimously carried, the following resolution was adopted:

RESOLVED, that this corporation's principal executive office shall be located in California at the following address:

2500 Wilshire Blvd., Suite 809
Los Angeles, California 90057

ANNUAL INFORMATION STATEMENT. The chairman advised the board that, pursuant to Section 1502 of the California Corporations Code, the corporation must file its first annual information statement (Statement By Domestic Stock Corporation)

- 3 -

with the California Secretary of State, within 90 days after the date of filing of its Articles of Incorporation. This statement is due on the following date:

May 7, 1990

On motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the secretary of this corporation is authorized and directed to prepare an annual information statement in compliance with Section 1502 of the California Corporations Code and submit it to the California Secretary of State for filing; and

RESOLVED FURTHER, that the secretary of this corporation is directed to insert a copy of that statement in the minute book following the minutes of this meeting.

EXPENSES OF INCORPORATION. The chairman recommended that the corporation authorize payment of incorporation expenses and that such expenses be amortized over a period of 60 months, in accordance with Section 248 of the Internal Revenue Code. After discussion, on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the chief financial officer is authorized and directed to pay the expenses of incorporation and organization and to reimburse any persons who advanced funds to the corporation for this purpose, as stated in the oral and written reports presented to this meeting; and

RESOLVED FURTHER, that starting with the month in which the corporation commences business, the corporation shall amortize organizational expenditures ratably over a period of 60 months, in accordance with Section 248 of the Internal Revenue Code.

QUALIFICATION UNDER IRC SECTION 1244. The board next considered the applicability of Section 1244 of the Internal Revenue Code to the corporation's common stock. Section 1244 entitles shareholders to treat losses from stock that qualifies as "Section 1244 stock" as ordinary loss. The board noted that the corporation is a small business corporation as defined in Internal Revenue Code Section 1244(c)(3)(A). On motion duly made and seconded, the following resolution was unanimously adopted:

RESOLVED, that this corporation, intending to qualify its common stock for treatment under Section 1244 of the Internal Revenue Code, plans that its total equity capital and

- 4 -

paid-in surplus shall not in any event exceed $1,000,000, that it shall be mainly an operating company, with less than 50 percent of its gross receipts coming from passive sources (royalties, rents, dividends, interest, annuities, and sales or exchanges of stock of securities), and that it shall conform in all other respects to the requirements necessary to qualify its common stock for treatment under Section 1244 of the Internal Revenue Code.

ISSUANCE OF SHARES.  The Board next discussed the issuance of shares, and on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the corporation issue and sell shares of its authorized stock to the following persons, in the number of shares and for the consideration listed below:

| | |
|---|---|
| Shareholder name: | SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION A China corporation |
| Class of shares: | Common Stock |
| Number of shares: | 10,000 |
| Cash consideration: | $100,000.00 ($10/share) |

RESOLVED FURTHER, that the officers of the corporation are authorized, empowered, and directed to take all actions that may be necessary and proper for this corporation to issue and sell the above-listed shares to the persons named, in accordance with applicable laws, and that those actions shall include, where necessary:  (a) filing with the California Commissioner of Corporations an appropriate notice under Section 25102(f) or 25102(h) of the California Corporations Code or obtaining qualification of the offer and sale of such shares from the California Commissioner of Corporations; (b) doing all acts that may be necessary under the federal securities laws and the securities laws of any other state; and (c) doing all acts necessary to expedite these transactions or conform them, or any of them, to the requirements of any applicable law, ruling, or regulation; and

RESOLVED FURTHER, that each of the officers of this corporation be and each hereby is authorized and directed to execute all documents and to take any other action necessary or advisable to carry out the purposes of this resolution.

ACCOUNTING PERIOD.  The chairman informed the Board that the accounting year should be fixed for the corporation. After discussion, and on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED, that the first fiscal year of this corporation shall commence on its date of incorporation as set forth above, and shall end on the following date:

RESOLVED FURTHER, that each subsequent fiscal year of this corporation shall end on the day and month set forth above, in the respective year.

ADJOURNMENT. There being no further business, on motion duly made, seconded, and unanimously carried, the meeting was adjourned at 2:00 p.m.

Dated:  March 2, 1990

_____
LI, GUO JUN, Director

_____
FU, GUO LIANG, Director

_____
HU, JUN LIN, Director

_____
LIU, SHAO GUI, Director

_____
GUO, JUN WEI, Director

C125.Min

INCORPORATED UNDER THE LAWS

OF THE STATE OF CALIFORNIA

NUMBER

1

SHARES

10,000

FEBRUARY 7, 1990

# OCEAN DEVELOPMENT AMERICA, INC.

AUTHORIZED: 1,000,000 SHARES COMMON STOCK

THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE BEEN ISSUED UNDER THE LIMITED
OFFERING EXEMPTION PROVIDED BY SEC. 25102(f) OF THE CALIFORNIA CORPORATIONS CODE.

This Certifies that

SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION

is the registered holder of _____ Shares

TEN THOUSAND

OCEAN DEVELOPMENT AMERICA, INC.

transferable only on the books of the Corporation by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and to be sealed with the Seal of the Corporation.

this ____20th____ day of ____June____ A.D. 19_90_.

CAI Kai Yuan

SECRETARY

GUO Jun Wei

PRESIDENT



# State of California
## March Fong Eu
### Secretary of State

P.O. Box 2830
Sacramento, CA 95812
Phone: (916) 445-2020

90-327801

# STATEMENT BY DOMESTIC STOCK CORPORATION

(THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

**ENDORSED FILED**
In the office of the Secretary of State
of the State of California

JUL 20 1990

MARCH FONG EU, Secretary of State

## A $5 FILING FEE MUST ACCOMPANY THIS STATEMENT

WHEN COMPLETING FORM, PLEASE USE BLACK TYPEWRITER RIBBON OR BLACK INK

## IMPORTANT.— Please Read Instructions On Back Of Form

1.

OCEAN DEVELOPMENT AMERICA, INC.     1476586

DO NOT ALTER PREPRINTED NAME. IF ITEM NO. 1 IS BLANK, PLEASE ENTER CORPORATE NAME

DO NOT WRITE IN THIS SPACE

## THE CALIFORNIA CORPORATION NAMED HEREIN, MAKES THE FOLLOWING STATEMENT

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | ROOM NO. | 2A. CITY & STATE | 2B. ZIP CODE |
|---|---|---|---|
| 2500 Wilshire Blvd. | 809 | Los Angeles, CA | 90057 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA (IF ANY) | ROOM NO. | 3A. CITY | 3B. ZIP CODE |
| Same as #2 above | | CA | |
| 4. MAILING ADDRESS | ROOM NO. | 4A. CITY & STATE | 4B. ZIP CODE |
| Same as #2 above | | | |

## THE NAMES OF THE FOLLOWING OFFICERS ARE:

| 5. CHIEF EXECUTIVE OFFICER | 5A. BUSINESS OR RESIDENCE ADDRESS | 5B. CITY & STATE | 5C. ZIP CODE |
|---|---|---|---|
| GUO Jun Wei | Same as #2 above | | |
| 6. SECRETARY | 6A. BUSINESS OR RESIDENCE ADDRESS | 6B. CITY & STATE | 6C. ZIP CODE |
| CAI Kai Yuan | Same as #2 above | | |
| 7. CHIEF FINANCIAL OFFICER | 7A. BUSINESS OR RESIDENCE ADDRESS | 7B. CITY & STATE | 7C. ZIP CODE |
| GUO Jun Wei | Same as #2 above | | |

## INCUMBENT DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (Attach supplemental list if necessary)

| 8. NAME | 8A. BUSINESS OR RESIDENCE ADDRESS | 8B. CITY & STATE | 8C. ZIP CODE |
|---|---|---|---|
| LI, Guo Jun | Same as #2 above | | |
| 8. NAME FU, Guo Liang HU, Jun Lin | 9A. BUSINESS OR RESIDENCE ADDRESS | 9B. CITY & STATE | 9C. ZIP CODE |
| 10. NAME LIU, Shao Gui GUO, Jun Wei | 10A. BUSINESS OR RESIDENCE ADDRESS | 10B. CITY & STATE | 10C. ZIP CODE |

11. THE NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

## DESIGNATED AGENT FOR SERVICE OF PROCESS     (Only one agent may be named)

12. NAME     GUO Jun Wei

13. CALIFORNIA BUSINESS OR RESIDENCE ADDRESS IF AGENT IS AN INDIVIDUAL. (DO NOT USE P.O. BOX) DO NOT INCLUDE ADDRESS IF AGENT IS A CORPORATION.
2500 Wilshire Blvd., Suite 809, Los Angeles, CA  90057

14. DESCRIBE TYPE OF BUSINESS OF THE CORPORATION.
Import and trading of audio-video components.

15. I DECLARE THAT I HAVE EXAMINED THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

| GUO Jun Wei, President | X 郭俊伟 | 7/17/1990 |
|---|---|---|
| TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT | SIGNATURE | DATE |

16. I DECLARE THERE HAS BEEN NO CHANGE IN THE INFORMATION CONTAINED IN THE LAST STATEMENT OF THE CORPORATION WHICH IS ON FILE IN THE SECRETARY OF STATE'S OFFICE. DOES NOT APPLY ON INITIAL FILING.  (READ INSTRUCTIONS BEFORE COMPLETING THIS ITEM)

[CHECK HERE]

| | TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT | SIGNATURE | DATE |

SO-200 (REV. 2-85)

To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
    500 Pearl Street, New York, NY 10007

Re: The Case No. 07 CIV 4628 (TPG)

Dear J. MICHAEL McMAHON,

We (Hongming Li, Xiaomin Zhang) heard that there is a new case (#07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC and Xiaomin Zhang, Hongming Li (Defendants).

First, we (Hongming Li, Xiaomin Zhang) did not receive any Summons documents from the plaintiff or plaintiff's attorney at law now.

Second, we (Hongming Li, Xiaomin Zhang) were not the owner or stocks shareholders of OCEAN DEVELOPMENT AMERICA, INC. OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now.

Third, we (Hongming Li, Xiaomin Zhang) are the California residents; we have not been lived in New York State before.

Because of the above, we request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) or remove us (Hongming Li, Xiaomin Zhang) from this case (case no.: 07 CIV 4628) at this time.

Look for your reply soon.

Sincerely,

Hongming Li
Xiaomin Zhang
(626) 303-8650
216 Linwood Ave, #3,
Monrovia, CA 91016. USA
07/16/2007





FOR PICKUP CALL 1-800-222-1811
PARA RECOLECCIÓN LLAME AL 1-800-222-1811

DOMESTIC USE ONLY
PARA USO NACIONAL ÚNICAMENTE

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

CERTIFIED MAIL

7006 3450 0002 2361 6595

From: HONGMING LI
216 LINWOOD AVE, #3
MONROVIA, CA 91016
TO United STATES DISTRICT
COURT SOUTH DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY-10007-1312
ATTN: J. MICHAEL MCMAHON

www.usps.com

U.S. POSTAGE PAID
MONROVIA, CA 91016
JUL 18 07
AMOUNT
$7.25
00047534-95

10007

EP-14B MARCH 2000

Label 228, February 2006

ISPS 1995

To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
  500 Pearl Street, New York, NY 10007

Re: The Case No.: 07 CIV 4628

Dear the Clerk of the Court,

We have sent a letter by priority mail with certified label on 07/18/2007, then we have sent another letter by priority mail with certified label and return receipt on 07/23/2007(please see the attachments).

We request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this Case (Case no.: 07 CIV 4628) or remove us (Hongming Li, Xiaomin Zhang) from this Case (Case no.: 07 CIV 4628) at this time. Because:

We (Hongming Li, Xiaomin Zhang) heard that there is a new Case (Case No.:07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC and Xiaomin Zhang, Hongming Li (Defendants).

First, we (Hongming Li, Xiaomin Zhang) did not receive any Summons documents from the plaintiff or plaintiff's attorney at law now.

Second, we (Hongming Li, Xiaomin Zhang) were not the owner or stocks shareholders of OCEAN DEVELOPMENT AMERICA, INC. OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now.

Third, we (Hongming Li, Xiaomin Zhang) are the California residents; we have not been lived in New York State before.

Because of the above, we request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this Case (Case no.: 07 CIV 4628) or remove us (Hongming Li, Xiaomin Zhang) from this Case (Case no.: 07 CIV 4628) at this time.

Look for your reply soon.

Sincerely,

Hongming Li
Xiaomin Zhang
216 Linwood Ave, #3, Monrovia, CA 91016. USA      (626) 303-8650      07/31/2007

1

To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007

Re: The Case No. 07 CIV 4628

Dear J. MICHAEL McMAHON,

We (Hongming Li, Xiaomin Zhang) heard that there is a new case (#07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC and Xiaomin Zhang, Hongming Li (Defendants).

First, we (Hongming Li, Xiaomin Zhang) did not receive any Summons documents from the plaintiff or plaintiff's attorney at law now.

Second, we (Hongming Li, Xiaomin Zhang) were not the owner or stocks shareholders of OCEAN DEVELOPMENT AMERICA, INC. OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now.

Third, we (Hongming Li, Xiaomin Zhang) are the California residents; we have not been lived in New York State before.

Because of the above, we request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) or remove us (Hongming Li, Xiaomin Zhang) from this case (case no.: 07 CIV 4628) at this time.

Look for your reply soon.

Sincerely,

Hongming Li,
Xiaomin Zhang.
(626) 303-8650
216 Linwood Ave, #3, Monrovia, CA 91016. USA
07/16/2007

To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007

Re: The Case No. 07 CIV 4628

Dear J. MICHAEL McMAHON,

We (Hongming Li, Xiaomin Zhang) heard that there is a new case (#07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC and Xiaomin Zhang, Hongming Li (Defendants).

First, we (Hongming Li, Xiaomin Zhang) did not receive any Summons documents from the plaintiff or plaintiff's attorney at law now.

Second, we (Hongming Li, Xiaomin Zhang) were not the owner or stocks shareholders of OCEAN DEVELOPMENT AMERICA, INC. OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now.

Third, we (Hongming Li, Xiaomin Zhang) are the California residents; we have not been lived in New York State before.

Because of the above, we request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) or remove us (Hongming Li, Xiaomin Zhang) from this case (case no.: 07 CIV 4628) at this time.

Look for your reply soon.

Sincerely,

Hongming Li,
Xiaomin Zhang.
(626) 303-8650  Xiaomin Zhang
216 Linwood Ave, #3, Monrovia, CA 91016. USA
07/16/2007

State of CAlifornia
County of Los Angeles
Subscribed and sworn (or affirmed) to
by Hongming Li, Xiaomin Zhar
before me this 23 day of July, 2007
_____ Notary publ
(Signature of Notary)

LOURDES LONA
Commission # 1640146
Notary Public - California
Los Angeles County
My Comm. Expires Jan 22, 2010

```
              MONROVIA PO
           MONROVIA, California
              910169998
           0581020845 -0095
07/18/2007    (800)275-8777      04:20:20 PM

                Sales Receipt
Product          Sale  Unit       Final
Description      Qty   Price      Price

NEW YORK NY 10007                 $4.60
Zone-8 Priority Mail
1.00 oz.
Certified                         $2.65
Label #:       70063450000223616595
                                ==========
   Issue PVI:                     $7.25

                                ----------
 Total:                           $7.25

Paid by:                          $7.25
Visa
  Account #:        XXXXXXXXXXXX8905
  Approval #:       618231
  Transaction #:    572
23 903601219

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000502560203
Clerk: 96

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.
***************************************
```



```
              MONROVIA PO
           MONROVIA, California
              910169998
           0581020845 -0095
07/23/2007    (800)275-8777      05:28:21 PM

                Sales Receipt
Product          Sale  Unit       Final
Description      Qty   Price      Price

NEW YORK NY 10007                 $4.60
Zone-8 Priority Mail
1.60 oz.
Return Rcpt (Green Card)          $2.15
Certified                         $2.65
Label #:       70071490000200120247
                                ==========
   Issue PVI:                     $9.40

                                ----------
 Total:                           $9.40

Paid by:                          $9.40
Amex
  Account #:        XXXXXXXXXXXX2004
  Approval #:       506561
  Transaction #:    628
23 903601219 5044445955

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000502564676
Clerk: 96

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.
***************************************
```





CERTIFIED

7007 1490 0002 0013 0932

## Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*



Pro Se 6/3/07



## PRIORITY MAIL
UNITED STATES POSTAL SERVICE

www.usps.com

PRO SE OFFICE



USNDI SDNY

From   HONGMING
216 LINWOOD AVE, #3
MONROVIA, CA 91016

**TO** UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK,
500 PEARL STREET,
NEW YORK, NY 10007

Label 228, February 2006

Country of Destination:/Pays de destination:

Pro Se 6/3/07

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail®. Misuse may be a violation of federal law. This packaging

# OCEAN DEVELOPMENT AMERICA, INC.

3108 Willard Ave,
Rosemead, CA 91770

RECEIVED
AUG 13 2007
CHAMBERS OF
JUDGE GRIESA

Company    : UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
Attention  : The Clerk of the COURT
Your Ref No: 07 CIV 4628
Our File No : OCEAN070801
Date       : August 1, 2007

Phone No : (212) 805-0136

## Re: The Case No. 07 CIV 4628

Dear the Clerk of the COURT,

Ocean Development America, Inc. has been sent a letter to your Court by priority mail on 07/0/2007 (please see the attachment), because we found out that there is a new case (#07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC (Defendants).

But, the plaintiff (BANK OF COMUNICATIONS, NEW YORK BRANCH) did not do a serving. OCEAN DEVELOPMENT AMERICA, INC still did not receive any Summons documents from the plaintiff now.

OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now (please see the attachments).
According to the Court record, the Case that BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC. has a final Judgment from the NY Supreme Court on August 16, 2006. How repeatedly to resort to legal proceedings the same case many times?

So that, OCEAN DEVELOPMANT AMERICA, INC. requests UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) at this time.

Best regards,

Ocean Development America, Inc.


RECEIVED
AUG 10 2007
U.S.D.C. S.D.NY

# OCEAN DEVELOPMENT AMERICA, INC.

3108 Willard Ave,
Rosemead, CA 91770

Company : UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attention : J. MICHAEL McMAHON
Your Ref No: 07 CIV 4628                     Phone No : (212) 805-0136
Our File No : OCEAN070701
Date : July 1, 2007

## Re: The Case No. 07 CIV 4628

Dear J. MICHAEL McMAHON,

We found out that there is a new case (#07 CIV 4628) which BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC (Defendants).

But, the plaintiff (BANK OF COMUNICATIONS, NEW YORK BRANCH) did not do a serving. OCEAN DEVELOPMENT AMERICA, INC still did not receive any Summons documents from the plaintiff now.

OCEAN DEVELOPMENT AMERICA, INC. is a California Corporation established in 1990, The SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION in China wholly owned 100% of the issued and outstanding stocks of OCEAN DEVELOPMENT AMERICA, INC. since 1990 till now (please see the attachments).
According to the Court record, the Case that BANK OF COMUNICATIONS, NEW YORK BRANCH (Plaintiff) filed a lawsuit against OCEAN DEVELOPMENT AMERICA, INC. has a final Judgment from the NY Supreme Court on August 16, 2006. How repeatedly to resort to legal proceedings the same case many times?
OCEAN DEVELOPMANT AMERICA, INC. request UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to dismiss this case (case no.: 07 CIV 4628) at this time.
Best regards,


Ocean Development America, Inc.

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA

NUMBER
1

SHARES
10,000

FEBRUARY 7, 1990

OCEAN DEVELOPMENT AMERICA, INC.

AUTHORIZED, 1,000,000 SHARES COMMON STOCK

THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE BEEN ISSUED UNDER THE LIMITED OFFERING EXEMPTION PROVIDED BY SEC. 25102(f) OF THE CALIFORNIA CORPORATIONS CODE.

This Certifies that

SHANTOU OCEAN AUDIO-VIDEO GENERAL CORPORATION

registered holder of

TEN THOUSAND

is the owner of

Shares

OCEAN DEVELOPMENT AMERICA, INC.

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this ____ 20th ____ day of ____ June ____ A.D. 1990.

CAI Kai Yuan
SECRETARY

GUO Jun Wei
PRESIDENT

ATTN: Ms. Angela

1476586



# State of California

### OFFICE OF THE SECRETARY OF STATE

## CORPORATION DIVISION

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

FEB 9 1990



*March Fong Eu*

Secretary of State

1476586

E N D O R S E D
F I L E D
In the office of the Secretary of State
of the State of California

FEB 7  1990

MARCH FONG EU, Secretary of State

**ARTICLES OF INCORPORATION**

**OF**

**OCEAN DEVELOPMENT AMERICA, INC.**

ARTICLE 1: The name of this corporation is OCEAN DEVELOPMENT AMERICA, INC.

ARTICLE 2: The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of profession permitted to be incorporated by the California Corporations Codes.

ARTICLE 3: The name and address in the State of California of this corporation's initial agent for service of process is FREDERICK W. HONG, 445 South Figueroa Street, 35th Floor, Los Angeles, California 90071.

ARTICLE 4: The corporation is authorized to issue only one class of stock; and the total number of shares which this corporation is authorized to issue is ONE MILLION (1,000,000).

IN WITNESS WHEREOF, the undersigned has executed this Articles of Incorporation.

Dated: February 2, 1990

FREDERICK W. HONG
Incorporator

- 1 -

I hereby declare that I am the person who executed the foregoing Articles of Incorportion, which execution is my act and deed.

Dated:  February 2, 1990

*Frederick W. Hong*

FREDERICK W. HONG
Incorporator



```
        SAN GABRIEL POST OFFICE
         SAN GABRIEL, California
               917769998
              0569390843 -0093
07/06/2007    (800)275-8777     03:49:40 PM

                 Sales Receipt
Product          Sale  Unit      Final
Description      Qty   Price     Price

NEW YORK NY 10007                $4.60
Zone-8 Priority Mail
Flat Rate Env
 1.70 oz.                        $2.65
Certified
Label #:     70070220000320361021
                                ========
Issue PVI:                       $7.25

Total:                           $7.25

Paid by:
Cash                             $7.25

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000702177915
Clerk: 05

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
     -----Thank you for your business.
*****************************************
*****************************************
     HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
*****************************************
*****************************************


         Customer Copy
```


PRIORITY /
POSTAGE PL

Go to usps
ACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**™

PLEASE PRESS F





SHN — 01
AUG 02
AMOUNT
**$7.25**
00061820-09



0000    10007

**06 0100 0006 7014 7441**

Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

JSL
8-6-20?

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail®. Misuse may be a violation of federal law. This packaging is not for resale. EP14F MAY 2007 © U.S. Postal Service

From:/Expéditeur:

Ocean Development America, inc
3108 Willard Ave
Rosemead,



To:/Destinataire:

United States     Court
Southern District of New York
500 Pearl Street,
New York, NY 10007-1312

Country of Destination:/Pays de destination:


CERTIFIED
cradletocradle
SILVER

Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.


EP14F

# EXHIBIT H

# WU & KAO

## ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

—

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-5049
www.wuandkao.com

<u>VIA REGULAR & CERTIFIED MAIL</u>

August 14, 2007

Hongming Li a/k/a Michael Li
216 Linwood Avenue, #3
Monrovia, California 91016

Xiaoming Zhang
216 Linwood Avenue, #3
Monrovia, California 91016

Re:     Bank of Communications v Ocean Development America, Inc.,
        Hongming Li a/k/a Michael Li and Xiaoming Zhang
        <u>Index No. 07-CV-4628</u>

Dear Mr. Li and Ms. Zhang:

As you are fully aware, we are the attorneys for Bank of Communications, New York Branch (the "Bank") in connection with the above-captioned action. Your several letters to the Court dated July 1, July 13, July 31, and August 1, 2007(which you have deliberately failed to send to us) have been forwarded to us by Judge Thomas P. Griesa so we may respond to you directly. In your letters, you have made several misstatements to the Court, which we clarify and reject as follows:

1.    Xiaoming Zhang is a proper defendant to this action as she is the President of Ocean Development America, Inc. ("Ocean Development"), and signed the Revolving Note and Credit Agreement on behalf of the Borrower, Ocean Development (Exhibit A)

2.    Hongming Li a/k/a Michael Li is a proper defendant to this action as he is an officer of Ocean Development.

3.    The Bank commenced a collection action against your company, Ocean Development, in New York Supreme Court, in October 2003. Ocean Development was served and failed to Answer.  You had full knowledge of the action.  On June 2, 2005, Justice Herman Cahn granted a Judgment in the amount of $4,874,210.58 against Ocean Development which was filed and entered with the Court on August 14, 2006 (Exhibit B). You have been served with the Judgment but have attempted to avoid same, and such remains due and unpaid.  We thereafter commenced the subject Federal Court action against Ocean Development, Hongming Li a/k/a Michael Li and Xiaoming Zhang to collect and satisfy the Judgment.

4.  The documents you submitted to the Court only show the corporate information for Ocean Development as of the the date of its formation in1990, seventeen (17) years ago, not the current corporate information.

5.  Ocean Development has been properly served with the Summons and Complaint in the captioned action, and we have filed the proofs of service with the Court.

- Ocean Development was first served at the Premises, located at 13453-A Brooks Drive, Baldwin Park, California, which is also the last known address for Honming Li a/k/a Michael Li and Xiaoming Zhang.

- Ocean Development was also served through its Registered Agent (Philip K. Yeung, C.P.A) at 240 S. Garfield Ave., Suite A, Monterey Park, California. However, immediately after service, Ocean Development changed its Registered Agent with the California Secretary of State, in what appears to be an attempt to avoid service. Attached as Exhibit C is the Secretary of State record showing Mr. Yeung as Registered Agent.

- Ocean Development was served through its new Registered Agent (Charles Yu) at 3108 Willard Avenue, Rosemead, California. Attached as Exhibit D is the Secretary of State record showing Mr. Yu as Ocean Development's new Registered Agent.

6.  You have breached your fiduciary duty and have fraudulently conveyed the premises owned by Ocean Development located at 13453-A Brooks Drive, Baldwin Park, California (the "Premises") by Xiaoming Zhang as President of Ocean Development to Hongming Li and Xiaoming Zhang as joint tenants (Exhibit E). On or about June 24, 2004, you cashed out at least $500,000.00 from the Premises. You completed this fraudulent conveyance despite the full knowledge that the Bank has a lien on the Premises.

As you have been properly served and are clearly aware of the action, as evidenced from your numerous letters to the Court regarding same, if you do not promptly file an Answer we will make a Motion for Default Judgment against you.

Notwithstanding the foregoing, we urge you to satisfy the judgment and make full payment of $4,874,210.58 payable to the Bank, or immediately surrender of the Premises, free of lien, to the Bank to avoid further legal complications.

Very truly yours,

WU & KAO

Anne Seelig

Encl.

cc:  Honorable Thomas P. Griesa
     Bank of Communications, New York Branch (without encl.)
W&K/G:/BOCM-Ocean/Hongming Li-ltr/081407/14

# EXHIBIT I

# WU & KAO

### ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

———

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-5049
www.wuandkao.com

<u>VIA ECF</u>

January 8, 2008

Honorable Thomas P. Griesa, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

Re:    Bank of Communications v. Ocean Development America, Inc.,
Honming Li a/k/a Michael Li and Xiaoming Zhang
<u>Index No. 07-CV-4628</u>

Dear Judge Griesa:

We are the attorneys for Bank of Communications, the Plaintiff in the above-captioned action. For your Honor's reference, please be advised as follows:

On June 1, 2007 Plaintiffs commenced this action by filing the Summons and Complaint. On June 21 and 22, 2007 defendants were served, and the time for defendants to answer or otherwise appear expired on July 22, 2007, thirty days after service of the Summons and Complaint.

On August 13, 2007, your Honor's clerk, Natalie, informed us that Defendants, after being served, wrote letters directly to the Court (and did not send us copies). She forwarded the letters to us and instructed us to respond to Defendants directly. After sending our response letter to Defendants per the Court's instruction, on August 14, 2007, neither we, nor our client, nor the Court, had received any correspondence or contact from Defendants.

On September 13, 2007 Natalie informed us that Court had receive no response or further correspondence, or any Answer from Defendants, and that she would advise when we were permitted to file our Motion for Default Judgment.

On October 9, 2007 we spoke with your Honor's clerk, John Beale, who had adivsed that due to the situation and Defendants' actions and as neither we nor the Court had received any response or further communications from Defendants, instead of scheduling an initial conference, that the Court would permit us to file our Motion for Default Judgment, which we filed and served.

Most recently, in the last week of December, 2007, Mr. Beale called and explained that the Defendants have, upon receiving our Motion for Default Judgment, again written letters to the Court (which, as they have done in the past, did not send copies to us). Mr. Beale advised us that your Honor would like to hold a telephonic initial conference rather than just enter the default, in light of the letters from Defendants, and instructed us to contact Defendants directly at the phone number Defendants provided to the Court to schedule the conference.

Although we made several (over 10) calls to Defendants and left voicemail messages each time we called, to date, we have received no response. We informed Mr. Beale of the situation and he informed us that he would speak to your Honor and advise us how to proceed.

We understand that the Court, as a matter of policy, usually does not grant a default when it appears that Defendants are trying to make an effort to participate in the action. However, in this matter, and by Defendants' actions in the previous New York Supreme Court case, it is clear that Defendants are merely trying to avoid enforcement of the New York Supreme Court Judgment in the amount of $4,874,210.58 entered on August 14, 2006, or avoid entry of a Default Judgment in the current action, but have no intention to participate in this or any other action.

Defendants have wilfully and fraudulently transferred the title of the premises belonging to Ocean Development America, Inc. to themselves as individuals to avoid enforcement of the prior Judgment. In the subject action, Defendants have wilfully attempted to avoid service by changing the office of Ocean Development America, Inc.'s registered agent in California several times, have sent letters to the Court without providing copies to our firm, and have not returned any of our calls regarding scheduling the initial conference.

In view of the foregoing, we respectfully request your Honor's kind understanding of our client's situation to possibly expedite the entry of a default judgment, or some alternative action to sustain a response from Defendants.

Thank you.

Very truly yours,

WU & KAO

Anne Seelig (AS-3976)

AS
W&K:/G:/BOCM-Ocean/Judge-ltr/1808/14

# EXHIBIT J

# WU & KAO

ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

———

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-5049
www.wuandkao.com

VIA ECF

January 28, 2008

Honorable Thomas P. Griesa, USDJ
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

   Re: Bank of Communications v. Ocean Development America, Inc.,
     Honming Li a/k/a Michael Li and Xiaoming Zhang
     Index No. 07-CV-4628

Dear Judge Griesa:

  We are the attorneys for Bank of Communications, the Plaintiff in the above-captioned action.   We are writing to follow up on our previous letter to your Honor dated January 8, 2008 (a copy is attached) seeking a default judgment against Defendants.

  Following submission of our January 8, 2008 letter, wherein we notified your Honor of our 10 calls to Defendants, we made four additional calls to Defendants as follows, again receiving no response:

| Date | Time | Phone Number | Result |
|------|------|--------------|--------|
| 1/9/08 | 5:00 P.M. | (626)303-8650 | left voicemail |
| 1/14/08 | 2:53 P.M. | (626)303-8650 | left voicemail |
| 1/17/08 | 10:00 A.M. | (626)303-8650 | left voicemail |
| 1/22/08 | 4:51 P.M. | (626)303-8650 | left voicemail |

  As the Court is aware, there is a long history of Defendants' non-compliance and non-responsiveness.   Notwithstanding the foregoing, Defendants have defaulted on their Bank of Communications loan for over Four Million Dollars, and, in an effort to avoid repayment or satisfaction of a judgment, Defendants Li and Zhang have fraudulently transferred Ocean Development America Inc.'s premises to themselves as individuals.   It is urgent that we obtain a default judgment to protect the Bank's interests.

  In view of the foregoing, we respectfully request your Honor's kind understanding to possibly expedite the entry of a default judgment.

Very truly yours,

WU & KAO

Anne Seelig (AS-3976)

AS

cc:    Honming Li a/k/a Michael Li
       Xiaoming Zhang
       Ocean Development America, Inc.
       Bank of Communications

W&K:/G:/BOCM-Ocean/Judge-ltr/12808/14

# EXHIBIT K

# WU & KAO

## ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017
———
(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-5049
www.wuandkao.com

VIA ECF

February 29, 2008

Honorable Thomas P. Griesa, USDJ
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

Re:   Bank of Communications v. Ocean Development America, Inc.,
      Honming Li a/k/a Michael Li and Xiaoming Zhang
      Index No. 07-CV-4628

Dear Judge Griesa:

We are the attorneys for Bank of Communications, the Plaintiff in the above-captioned action. Pursuant to your clerk Natalie's instruction on February 28, 2008, we write to your Honor to resubmit our Motion for Default Judgment in light of the recent events.

As your Honor is aware, following our initial submission of the Motion for Default Judgment and pursuant to the Court's instruction, we made numerous phonecalls to Defendants to attempt to schedule an initial telephone conference, all to no avail.

In view of the foregoing, we respectfully request your Honor's kind understanding to expedite the entry of the default judgment.

Very truly yours,

WU & KAO

Anne Seelig (AS-3976)

AS
cc:   Honming Li a/k/a Michael Li
      Xiaoming Zhang
      Ocean Development America, Inc.
      Bank of Communications
W&K:/G:/BOCM-Ocean/Judge-ltr/12808/14

# EXHIBIT L

AO 451 (Rev. 12/93) - Certification of Judgment

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

CLERK U.S. DISTRICT COURT

JUN 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Bank of Communications, New York Branch

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

V.

Ocean Development America, Inc.,
Hongming /K/ Michael Li and Xiaoming Zhang

2:08-mc-187

Case Number: ~~07 CV 4628~~

I,    **J. Michael McMahon**      Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action    **March 10, 2008**   , as it

                                                                        Date

appears in the records of this court, and that

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

6/16/08
Date

_(signature)_
Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a)
of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an
appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from
this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings
of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# EXHIBIT M



Wu & Kao
747 Third Avenue, 22nd Floor
New York, NY 10017

N/C
6/14
6-19
6-30

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 2150 0001 8359 2201

Xiaoming Zhang
Monrovia, CA #3
UNCLAIMED

UNITED STATES
POSTAL SERVICE

0000
9016

U.S. POSTAGE
PAID
NEW YORK, NY
100?7
JUN 12, '08
AMOUNT
$3.12
00045962-C



7006 0810 0005 5005 6184

12.50

WU & KAO, P.L.L.C.
747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

TO:
Xiaoming Zhang
216 Elmwood Avenue, #3
Monrovia, California 91016

UNCLAIMED



UNITED STATES
POSTAL SERVICE

0000

91016

U.S. POSTAGE
NEW YORK, NY
10022
AUG 15 '07
AMOUNT
$4.64
00056135-54