UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,

                Plaintiff,

- against -

OCEAN DEVELOPMENT AMERICA, INC,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG

                Defendants.
-------------------------------------------------------------X

Case No. 07 CV 4628

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NEW YORK  )

Debbie Chen, being duly sworn, deposes and says:

I am over 18 years of age, reside in the State of New York, and am not a party to this action.

On July 29, 2008, I served a true copy of the Affirmation in Opposition by first-class mail, by depositing it, enclosed in a postage-paid wrapper, in a post office or official depository of the U.S. Postal Service within New York State addressed to the following:

        Law Offices of Bing Li, LLC
        1350 Broadway, Suite 1001
        New York, New York 10018

        Daniel P. Levitt, Esq.
        145 Griffen Avenue
        Scarsdale, New York 10583

                                                 _____
                                                   Debbie Chen

Sworn to before me this
29th day of July 2008

_____
Notary Public

