UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,

                     Plaintiff,

- against -

OCEAN DEVELOPMENT AMERICA, INC,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG

                     Defendants.
------------------------------------------------------------------X

Case No. 07 CV 4628

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             )ss.:
COUNTY OF NEW YORK  )

Debbie Chen, being duly sworn, deposes and says:

I am over 18 years of age, reside in the State of New York, and am not a party to this action.

On August 25, 2008, I served a true copy of the Motion for Sanctions with all supporting papers and exhibits by first-class mail, by depositing it, enclosed in a postage-paid wrapper, in a post office or official depository of the U.S. Postal Service within New York State addressed to the following:

        Law Offices of Bing Li, LLC
        1350 Broadway, Suite 1001
        New York, New York 10018

        Daniel P. Levitt, Esq.
        145 Griffen Avenue
        Scarsdale, New York 10583

        Ocean Development America, Inc.
        13453A Brooks Drive
        Baldwin Park, California 91706

                                                  Debbie Chen

Sworn to before me this
25th day of August, 2008

_____
Notary Public



ANNE SEELIG
Notary Public of the State of New York
No. 02SE6113610
Qualified in New York County
My Commission Expires August 2, 2012