UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BANK OF COMMUNICATIONS,
NEW YORK BRANCH,                           Case No. 07 CV 4628

                                  Plaintiffs,   **AFFIDAVIT IN SUPPORT OF**
                                                             **MOTION FOR SANCTIONS**

    - against -

OCEAN DEVELOPMENT AMERICA, INC.,
HONGMING LI a/k/a MICHAEL LI and
XIAOMING ZHANG

                                  Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK   )
                            )ss:
COUNTY OF NEW YORK )

        **HONG TU**, being duly sworn, deposes and says;

        1.      I am the General Manager of Plaintiff, Bank of Communications, New York Branch (the "Bank").

        2.      I submit this affidavit in support of Plaintiff's motion for sanctions against the Defendants, in the amount of the attorney's fees incurred and paid by the Bank to its counsel, Wu & Kao.

        3.      From books, documents and records kept by the Bank in the ordinary course of business, to date, Plaintiff's counsel has charged the Bank $21,178.50 for its reasonable attorney's fees, from the commencement of this federal court case to present, which amount has been fully paid by the Bank to Wu & Kao.

        **WHEREFORE**, Plaintiff respectfully requests that this Court issue an order awarding sanctions against Defendant and in favor of Plaintiff in the amount of $21,178.50, and for any such other relief that the Court deems just and proper.

Dated: New York, New York
August 20, 2008

_____
Hong Tu

Sworn to before me this
20th day of August, 2008

_____
Notary Public

SIU H. LI
Notary Public, State of New York
No. 01LI5061451
Qualified in Queens County
Commission Expires June 10, 2010