UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

BANK OF COMMUNICATIONS, NEW YORK BRANCH,

                Plaintiff,

- against -

OCEAN DEVELOPMENT AMERCIA, INC., HONGMING LI a/k/a MICHAEL LI AND XIAOMING ZHANG,

                Defendants.

------------------------------------------------x

07 Civ. 4628 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/09

    By letter dated March 4, 2009, counsel for defendants Hongming Li and Xiaoming Zhang informed the court that the individual defendants had paid the sanctions awarded by the court to plaintiff's counsel in its opinion dated February 23, 2009. The court therefore vacates the default judgment it entered in this action on March 10, 2008.

Dated: New York, New York
       March 4, 2009

SO ORDERED

_Thomas P. Griesa_
Thomas P. Griesa
U.S.D.J.